UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VADRDHMAN BHARATKUMAR PATEL *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ALEJANDRO MAYORKAS *et al.*,<br><br>*Defendants.* | No. 22-cv-2776 (DLF) |

## ORDER

Before the Court is the defendants' Consent Motion to Transfer, Dkt. 8. The case "might have been brought" in the U.S. District Court for the Western District of Kentucky because the plaintiffs reside in that district. 28 U.S.C. § 1404(a); *see also id.* § 1391(e)(1). Further, several private interest and public interest factors favor transfer. The plaintiffs do not oppose the transfer. At least some of the relevant witnesses—*i.e.*, the plaintiffs themselves—reside in the transferee district. None of the events relevant to the plaintiffs' claim occurred in the District of Columbia. *See Ngonga v. Sessions*, 318 F. Supp. 3d 270, 275 (D.D.C. 2018). Although the plaintiffs initially chose to file in the District of Columbia, "deference to that choice is limited" because the plaintiffs are "not . . . resident[s]" of this district, this action "lacks meaningful ties" to this district, and the plaintiffs do not oppose the transfer. *Wolfram Alpha LLC v. Cuccinelli*, 490 F. Supp. 3d 324, 332 (D.D.C. 2020). Finally, because the "outcome of this action will be felt most strongly" in the Western District of Kentucky, there is a "local interest" in resolving this case there. *Id.* at 338–39. The other factors that courts generally consider in this posture—including the districts' familiarity with underlying law and their relative congestion—are neutral as to transfer. For those reasons,

the Court finds that considerations of convenience and the "interest of justice" favor transfer. 28 U.S.C. § 1404(a). It is therefore

**ORDERED** that the motion to transfer, Dkt. 8, is **GRANTED**, and this case is **TRANSFERRED** to the U.S. District Court for the Western District of Kentucky. It is further

**ORDERED** that the defendants shall answer the complaint within 21 days after the date this action is docketed in the Western District of Kentucky, or at a time to be set by the transferee court. The Clerk of Court is directed to close this case after the transfer is complete.

**SO ORDERED.**

*(signature)*
DABNEY L. FRIEDRICH
United States District Judge

November 15, 2022